RECEIVED

FEB 2 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LATRENA LANKFORD** | * | **CIVIL NO. 6:12-1280** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **NATIONAL CARRIERS, INC., ET AL.** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc.8] is **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 22 day of February , 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE